**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2226
_____

IN RE: OMAR McBRIDE,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to Crim. No. 92-cr-00671-10)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 22, 2022

Before:  CHAGARES, Chief Judge, PORTER and FUENTES, Circuit Judges

(Opinion filed: October 4, 2022)
_____

OPINION[*]
_____

**PER CURIAM**

   Petitioner Omar McBride filed a pro se "Petition for Judicial Review Pursuant to

Mediation Rule L.A.R. 33.1 Appellate Mediation Program," which we have construed as

a mandamus petition requesting that we direct the District Court to rule on his pending

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

motion for a sentence reduction.  By order entered September 19, 2022, the District Court denied the motion.

In light of the District Court's action, McBride's mandamus petition no longer presents a live controversy.  Therefore, we will dismiss it as moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that . . . prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").